IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Marcus J. Martin
Fed. Reg. No. 08949-007
Rivers Correctional Institution
Post Office Box-630
Winton, North Carolina 27986

       Plaintiff,

v.                                      Civil No. 06-938(PLF)

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

       Defendant.


PLAINTIFF'S MOTION REQUESTING THE COURT TO
DISMISS HIS FREEDOM OF INFORMATION ACT
COMPLAINT WITHOUT PREJUDICE


    COMES NOW, the plaintiff, moving **pro se**, and hereby respectfully request this court to dismiss his pending Freedom of Information Act complaint, 5 U.S.C.§ 552 et seq., **without prejudice**. This instant motion is advanced to the court pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In support of this motion, plaintiff asserts the following:

    1. On or abourt March 17 2006, plaintiff submitted a Freedom of Act(FOIA) complaint to this court pursuant to Title 5 U.S.C. § 552 et seq.

    2. Subsequent to plaintiff submitting his FOIA complaint to the court, the Federal Bureau of Prison's ("BOP") FOIA section responded to plaintiff's request for information, with a cover letter dated April 26, 2006. See the attached April 26, 2006 letter.

-1-

3. Within the April 26, 2006 letter, the BOP's FOIA department extends to plaintiff, the right to appeal to the Attorney General if plaintiff is dissatisfied with the FOIA response. See id. Plaintiff has decided to appeal the response.

4. At this juncture, it appears that the court has not attached jurisdiction to plaintiff's complaint. There is no response from the defendant in this case. Thus, the defendants will not be prejudiced by plaintiff's request for dismissal of his FOIA complaint.

5. Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i), plaintiff is asking the court to dismiss his pending FOIA complaint **WITHOUT PREjudice**.

Date 05 / 03 / 2006

Respectfully Submitted,

/s/ Marcus J. Martin

**U.S. Department of Justice**

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

| | |
|---|---|
| Marcus J. Martin<br>Register Number 08949-007<br>Rivers Correctional Institution<br>P.O. Box 630<br>Winton, North Carolina 27986-0630 | For Further Inquiry Contact:<br>Federal Bureau of Prisons<br>320 First Street. N.W.<br>Room 841, HOLC Building<br>Washington, D.C. 20534<br>Attn: FOIA/Privacy Act Office |

RE: Request for Information, FOIA Request No. 2006-04578

Dear Mr. Martin:

   This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

   We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

   In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

   Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

   Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and appeal letter should be marked "**Freedom of Information Act Appeal.**"

Page 2
Marcus J. Martin
FOIA Request Number 2006-04578

   I trust this has been responsive to your request.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

                                        Sincerely,

                                        Wanda M. Hunt
                                        Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File

Post Office Box 630, B2-106L
Winton, NC 27986-0630
May 1, 2006


Attn: Clerk of the Court
United States District Court
For the District of Columbia
U.S. Courthouse
3rd and Constitution Ave., N.W.
Washington, DC 20001

RE: DO NOT PROCESS COMPLAINT WITH RESPECT TO FOIA REQUEST
    COMPLAINT

Dear Clerk of the Court:

I am writing this letter to respectfully request that this Court void my complaint with respect to my recent FOIA Request Complaint. I mailed my complaint via U.S. Mail on April 28, 2006 and as of May 1, 2006 I have received a large portion of my request from the Federal Bureau of Prisons.

Enclosed is a copy of their responses, which contained 128 pages. I have yet to have a chance to thoroughly review the content, however, I will have to appeal their response and attempt the other administrative remedies prior to initiating this action in court.

In closing, please void the above-captioned case I recently filed in your court. I do not have a case no. to cite nor have I paid an initial filing fee. Upon voiding my complaint I would greatly appreciate a response in this matter for my records.


Sincerely,

*Marcus J. Martin* (signature)
Marcus J. Martin
Fed. Reg. No. 08949-007


Enclosure: 2 pages



MJM/mjm



U.S. Department of Justice

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

Marcus J. Martin						For Further Inquiry Contact:
Register Number 08949-007				Federal Bureau of Prisons
Rivers Correctional Institution			320 First Street. N.W.
P.O. Box 630							Room 841, HOLC Building
Winton, North Carolina 27986-0630		Washington, D.C. 20534
										Attn: FOIA/Privacy Act Office


RE:   Request for Information, FOIA Request No. 2006-04578

Dear Mr. Martin:

    This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

    We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005.  You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

    In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request.  You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

    Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

    Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001**.  Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Marcus J. Martin
FOIA Request Number 2006-04578

    I trust this has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File